**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CHRISTOPHER PRATT,<br><br>             Plaintiff,<br><br>    v.<br><br>ALASKA AIRLINES, INC.,<br><br>             Defendant. | CASE NO. 2:21-CV-84-DWC<br><br>ORDER VACATING ORDER TO REMAND AND JUDGMENT |

On May 10, 2021, the Court entered an Order Remanding to State Court ("Order"), wherein the Court granted Plaintiff Christopher Pratt's Motion to Remand and remanded this case to the King County Superior Court. Dkt. 29. Following the entry of the Order, a judgment was incorrectly entered in this case and the case was closed. *See* Dkt. 30. As a judgment should not have been entered, the Judgment (Dkt. 30) is vacated.

Further, the Court inadvertently failed to address the parties' request for oral argument in the Order. *See* Dkt. 29. Therefore, the Order (Dkt. 29) is vacated. The Court will enter an amended order on Plaintiff's Motion to Remand addressing the requests for oral argument.

ORDER VACATING ORDER TO REMAND AND
JUDGMENT - 1

For the above stated reasons, the Order (Dkt. 29) and the Judgment (Dkt. 30) are vacated. The Clerk of Court is directed to:

- Vacate the Judgment (Dkt. 30);
- Reopen this case;
- Vacate the Order Remanding to State Court (Dkt. 29); and
- Reopen the Motion to Remand (Dkt. 19).

Dated this 12th day of May, 2021.

David W. Christel
United States Magistrate Judge

ORDER VACATING ORDER TO REMAND AND
JUDGMENT - 2